**Transferred case has been opened**
cmecf_flmd_notification   to: InterdistrictTransfer_LAED          04/19/2017 02:29 PM

```
CASE: 2:16-cv-15728

DETAILS: Case transferred from Louisiana Eastern
has been opened in Middle District of Florida
as case 6:17-cv-00703, filed 04/19/2017.
```